IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS H. NANNAY | : | CIVIL ACTION |
| | : | NO. 09-00370 |
| v. | : | |
| | : | |
| AKER PHILADELPHIA SHIPYARD, INC., et al. | : | |
| | : | |

## ORDER

AND NOW, this 10th day of May, 2010, in consideration of Aker's motion to dismiss Count II of plaintiff's complaint and plaintiff's response, it is ORDERED that Aker's motion is GRANTED and plaintiff's complaint is DISMISSED with leave to plaintiff to file an amended complaint within fourteen days from the date of this Order.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.